IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JENNIFER CONRAD,

    Plaintiff,

V.

            CASE NO. C2-12-656
            JUDGE EDMUND A. SARGUS, JR.
            MAGISTRATE JUDGE E. A. PRESTON DEAVERS

THE OHIO STATE UNIVERSITY,

    Defendant.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

7-25-2012
DATE

                          EDMUND A. SARGUS, JR.
                          UNITED STATES DISTRICT JUDGE